E-FILED
Thursday, 13 May, 2010  02:57:35 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division**

| | |
|---|---|
| **LINDA C. PENNY,** )<br>    **Plaintiff,** )<br>v. )<br>    )<br>**MICHAEL J. ASTRUE,** )<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>    **Defendant.** ) | **Case No. 08-2270** |

# ORDER

In April 2007, Administrative Law Judge (hereinafter "ALJ") Gerard J. Rickert denied Plaintiff Linda C. Penney's application for a period of disability insurance benefits. ALJ Rickert based his decision on a finding that Plaintiff was able to perform all of her past relevant work.

In November 2008, Plaintiff filed a *pro se* Complaint for Judicial Review (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In May 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#12). In July 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment or Remand (#12). Consistent with the Court's reasoning in the Order denying Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)**. This case is terminated.

ENTER this 13th day of May, 2010.

                     s/ DAVID G. BERNTHAL
                     U.S. MAGISTRATE JUDGE