# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LINDA C. PENNY**
    **Plaintiff,**

    vs.        Case Number:  **08-2270**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the court affirms the Commissioner's Decision and judgment is entered in favor of the defendant and against the plaintiff.  Case is terminated.

ENTER this 13th day of May, 2010.

s/Pamela E. Robinson

_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson

_____
BY:  DEPUTY CLERK